John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 809549

NOTICE TO DEPOSIT FUNDS

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 04-20358 | 008-0 | JIMMY MILLS<br>Original Check written to:<br>NCO FINANCIAL SYSTEMS INC<br>P O BOX 15456<br>WILMINGTON, DE 19850-5456 | xxxxxxxxxxxxxx6895 | 128.66 | 219.45 | 0.00 | 219.45 |
| 05-60287 | 017-0 | CHARLES KIRK HARPER<br>Original Check written to:<br>ARTISTIC BEAUTY COLLEGE<br>PO BOX 34863<br>PHOENIX, AZ 85067 | xxxxxx9388 | 459.28 | 343.24 | 0.00 | 343.24 |
| 05-60287 | 013-0 | CHARLES KIRK HARPER<br>Original Check written to:<br>FRANKLIN COUNTY<br>C/O PERDUE, BRANDON ET AL<br>P O BOX 2007<br>TYLER, TX 75710-2007 | xxxxxxxxxxxx5151 | 0.00 | 15.35 | 0.00 | 15.35 |
| 05-60287 | 011-0 | CHARLES KIRK HARPER<br>Original Check written to:<br>GREGG COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201-2644 | xxxxxxxxxxxxxxxxxxx228/ | 0.00 | 13.63 | 0.00 | 13.63 |
| 05-61061 | 005-0 | EDWARD TIER<br>Original Check written to:<br>CHEVRON<br>P O BOX 5010<br>CONCORD, CA 94524-0010 | xxxxx3980 | 437.98 | 28.84 | 0.00 | 28.84 |
| 05-62782 | 010-0 | NOEL K FRANKS<br>Original Check written to:<br>WELLS FARGO BANK<br>LOSS RECOVERY CENTER<br>P O BOX 30095<br>WALNUT CREEK, CA 94598 | xxxxx4666 | 9,531.30 | 989.04 | 0.00 | 989.04 |
| 06-60639 | 003-0 | ELVIS CLAYTON STIEFER<br>Original Check written to:<br>ANDERSON COUNTY<br>C/O MCCREARY ET AL<br>P O BOX 1269<br>ROUND ROCK, TX 78680- | xx3416 | 9.67 | 53.61 | 0.63 | 54.24 |